Ray RAINS, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

March 25, 1949.

Bruce H. Phillips for movant.

A. E. Funk, Attorney General, and Wm. F. Simpson, Assistant Attorney General, opposed.

PER CURIAM.

Motion for an appeal from the Wayne Circuit Court. Judgment of conviction for having liquor in possession for sale and imposing fine of $200.00 and 60 days in jail.

Swoonie COOMER, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

March 25, 1949.

F. T. Allen, H. L. Rudd and E. C. Roberts for movant.

A. E. Funk, Attorney General, and Zeb A. Stewart, Assistant Attorney General, opposed.

PER CURIAM.

Conviction for selling liquor in local option territory with punishment of $50 fine and 30 days in jail. No judgment was rendered on the verdict of the jury finding movant guilty. Therefore, the motion for appeal is dismissed.

Jack NICKELL, Movant, v. THE NATIONAL GUARANTEE & FINANCE COMPANY, Opposed.

Court of Appeals of Kentucky.

April 22, 1949.

C. F. See, Jr. for movant.

J. G. M. Robinson opposed.

PER CURIAM.

Motion for an appeal from the Lawrence Circuit Court. Money judgment for opposed in the sum of $303.90 with interest thereon as provided in the judgment below, and cost of the action.

Appeal denied. Judgment affirmed.